# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GORDON T. RICHARD, SR. | CASE NO.: 2:21-CV-02404-WBV-MBN |
| v. | JUDGE WENDY B. VITTER |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF THE LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE THROUGH LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, UNIVERSITY HOSPITAL, et al | MAGISTRATE JUDGE MICHAEL B. NORTH SECTION: "D"(5) |

## RUST ENGINEERING & CONSTRUCTION, INC.'S ANSWER TO PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Rust Engineering & Construction, Inc., (hereinafter "Rust Engineering") who, in response to Plaintiffs' Second Supplemental and Amended Complaint, asserts the following Answers:

## RUST ENGINEERING'S ANSWER TO PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

**1.**

The allegations of Paragraphs I adding paragraphs 5(c) -5(d) do not appear to pertain to this Defendant and thus do not require a response. Out of an abundance of caution, and to the extent an answer is deemed necessary, the allegations of Paragraph I adding paragraphs 5(c) – 5(d) are denied for lack of sufficient information to justify a belief therein.

**II.**

In response to the allegations of Paragraph II, in which Plaintiffs purport to reiterate all matters contained in the Original Complaint and First Supplemental and Amended Complaint,

Defendant adopts and incorporates by reference herein all answers and affirmative defenses previously asserted in response to said Complaints

**III.**

The allegations of Paragraph III do not require a response from this Defendant.

In response to the unnumbered prayer for relief following Paragraph III, Defendant denies any liability to Plaintiffs herein.

Further answering Plaintiffs' Second Supplemental and Amended Complaint, Defendant adopts and incorporates by reference herein all affirmative defenses asserted in response to Plaintiff's Original Complaint and First Supplemental and Amended Complaint.

**WHEREFORE**, considering the foregoing, Defendant, Rust Engineering & Construction, Inc. prays that this matter is dismissed as to Rust Engineering and Construction, Inc., or, in the alternative, that after due proceedings are had, this matter is dismissed, *with prejudice*, and at Plaintiffs' sole cost.

Respectfully submitted,

**SULZER & WILLIAMS, L.L.C.**

*/s/Albert I. Adams, Jr.*

_____
RICHARD P. SULZER, La Bar # 21150
rsulzer@sulzerandwilliams.com
ROBERT E. WILLIAMS, IV, La Bar # 19217
rwilliams@sulzerandwilliams.com
ALBERT I. ADAMS, JR. La. Bar #37007
aadams@sulzerandwilliams.com
201 Holiday Boulevard, Suite 335
Covington, Louisiana 70433
Telephone: (985) 898-0608
Facsimile: (985) 898-0871
Service E-Mail: asbestos@sulzerandwilliams.com
***Attorneys for Defendant, Rust Engineering & Construction, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **22nd** day of **August**, 2022, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

*/s/Albert I. Adams, Jr.*
_____
**ALBERT I. ADAMS, JR.**